

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00468-CV

**IN THE INTEREST OF U.U.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22208
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The agreed motion for withdrawal of appellee's counsel is granted. Appellee Dunja Uzunovic's brief was due November 21, 2018, after the court granted withdrawing counsel a thirty-day extension of time. We **order** appellee's brief due **December 10, 2018**. If the brief is not filed by the date ordered, the appeal may be submitted to the court for decision without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court